**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6308

RYRICKA NIKITA CUSTIS,

        Plaintiff - Appellant,

    v.

EARL BARKSDALE, Warden Red Onion State Prison; M. YOUNCE, A Building
Unit Manager Red Onion State Prison; I. EDWARDS, Records Department Red
Onion State Prison; P. HARLESS, Medical Department Red Onion State Prison; E.
SOWARDS,

        Defendants - Appellees,

    and

HAROLD CLARKE, Director of VA DOC; H. SMITH, Doctor Red Onion State
Prison,

        Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke. Elizabeth Kay Dillon, District Judge. (7:16-cv-00391-EKD-RSB)

Submitted: June 20, 2018                    Decided: June 27, 2018

Before GREGORY, Chief Judge, and DIAZ, Circuit Judge, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ryricka Nikita Custis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryricka Nikita Custis appeals the district court's order granting defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Custis v. Barksdale*, No. 7:16-cv-00391-EKD-RSB (W.D. Va. Mar. 8, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*